**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 96-3724

| | | |
|---|---|---|
| Flo Tillman; Gerald Tillman, | * | |
| | * | |
| Appellants, | `* | |
| | * | |
| v. | * | Appeal from the United States |
| Daniel T. Robards; Sam Merriman; | * | District Court for the |
| Daniel T. Robards, Inc., a Missouri | * | Western District of Missouri. |
| Corporation, doing business as Gaslight | * | |
| Realtors, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: July 22, 1997

Filed: July 25, 1997

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Flo Tillman appeals from the district court's[1] order granting summary judgment to defendants on her pendent state law claims, after the court granted summary judgment on her claim under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621 et seq. Contrary to Tillman's assertion, it was within the district court's

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

discretion to retain supplemental jurisdiction over Tillman's state law claims after dismissing her ADEA claim. See 28 U.S.C. §§ 1367(a), (c)(3); Murray v. Wal-Mart, Inc., 874 F.2d 555, 558 (8th Cir. 1989). After carefully reviewing the record, and Tillman's arguments on appeal, we conclude the district court's decision on Tillman's emotional distress claim was correct, and that an extended discussion is not warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.